LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | Case No. CIV.S-04-1101 DFL KJM |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| HARLEY-DAVIDSON OF SACRAMENTO, INC.; MICHAEL W. SHATTUCK, TRUSTEE OF THE MICHAEL W. SHATTUCK 2003 TRUST, | |
| Defendant. | |

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1101 DFL KJM, is hereby dismissed with prejudice.

Dated: 4/18/2005

_____
DAVID F. LEVI
Chief United States District Judge